UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

B.U. and S.U., individually and on behalf of their minor children,

        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant.

**ORDER DENYING IFP APPLICATIONS**

22 Civ. 4711 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiffs B.U. and S.U. – who are husband and wife – have requested leave to proceed in this Court in forma pauperis. (See Dkt. Nos. 5-6) B.U. has stated that he receives a monthly income of $4,320, has $70,000 in cash or in various accounts, and has "no" regular monthly expenses besides for gas for his car. (Dkt. No. 5) S.U. has stated that she is not currently employed, has no assets, and that her husband pays for her expenses. (Dkt. No. 6) Given B.U.'s representations regarding his assets and S.U.'s failure to explain why she does not have access to such assets, leave to proceed in forma pauperis is denied. Plaintiffs shall pay the Court's filing fee within 30 days, or this case will be dismissed without prejudice.

Dated:  June 17, 2022
           New York, New York

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge