UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



S. U. and B.U., *individually and on behalf of their minor children*,

        Plaintiffs,

-against-

New York City Department of Education,

        Defendant.

22-CV-4711 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed defendant's letter-motion dated July 12, 2022. (Dkt. No. 26). The letter-motion is GRANTED to the extent that:

1. The conference scheduled for August 24, 2022 is ADJOURNED *sine die*.

2. Defendant's time to answer the Complaint is EXTENDED to **October 17, 2022**.

3. No later than **November 12, 2022**, the parties shall submit a joint status letter advising the Court as to whether the case has settled. If it has not, they shall propose three dates in November on which the parties are available for a morning scheduling conference.

Dated: New York, New York
       July 14, 2022

                   **SO ORDERED**.

                   _____
                   **BARBARA MOSES**
                   **United States Magistrate Judge**